**Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.**

ATTORNEY FOR APPELLANT:

**JEFFREY E. STRATMAN**
Aurora, Indiana

ATTORNEYS FOR APPELLEE:

**GREGORY F. ZOELLER**
Attorney General of Indiana

**J.T. WHITEHEAD**
Deputy Attorney General
Indianapolis, Indiana



FILED

Aug 31 2012, 9:18 am

CLERK
of the supreme court,
court of appeals and
tax court

# IN THE
# COURT OF APPEALS OF INDIANA

| | | |
|---|---|---|
| B.C., | ) | |
| | ) | |
| Appellant-Respondent, | ) | |
| | ) | |
| vs. | ) | No. 15A01-1202-JV-68 |
| | ) | |
| STATE OF INDIANA, | ) | |
| | ) | |
| Appellee-Petitioner. | ) | |

APPEAL FROM THE DEARBORN CIRCUIT COURT
The Honorable James D. Humphrey, Judge
Cause No. 15C01-0805-JD-102 and 15C01-0806-JD-103

**August 31, 2012**

**MEMORANDUM DECISION - NOT FOR PUBLICATION**

**KIRSCH, Judge**

B.C. appeals the trial court's order requiring him to register as a sex offender contending that the order was premature and was not supported by clear and convincing evidence. The State concedes that the order is premature and should be vacated. A sex offender registry hearing for a juvenile may be conducted only after the juvenile has been released from a juvenile detention facility or discharged from a secure private facility. *B.W. v. State*, 909 N.E.2d 471, 477 (Ind. Ct. App. 2009). Here, the trial court ordered B.C. placed in Wernle Children's facility, a secure private facility. He has not been released from the facility, and the trial court order is premature. We vacate the trial court's registration order and remand with instructions.

Vacated and remanded.

NAJAM, J., and MAY, J., concur.